UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Xiao Ye Bai,<br><br>　　　　Petitioner<br><br>v.<br><br>Jeremy Bean, et al.,<br><br>　　　　Respondents | Case No.: 2:24-cv-01113-JAD-NJK<br><br>**Order Granting Motion for First Extension of Time**<br><br>[ECF No. 10] |

　　　Petitioner Xiao Ye Bai moves for a 90-day enlargement of time to file his counseled Amended Petition.[1]  This is Bai's first request for an extension of this deadline, and Bai represents that the respondents do not oppose the request.  With good cause appearing, IT IS ORDERED that the motion for extension of time **[ECF No. 10] is GRANTED.  Bai's deadline to file his Amended Petition is extended to December 5, 2024.**

　　　Dated: September 6, 2024

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　U.S. District Judge Jennifer A. Dorsey

---

[1] ECF No. 10.