UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Xiao Ye Bai,<br><br>　　Petitioner<br><br>v.<br><br>Jeremy Bean, et al.,<br><br>　　Respondent | Case No.: 2:24-cv-01113-JAD-NJK<br><br>**Order Granting Motion for First Extension of Time**<br><br>[ECF No. 12] |

Petitioner Xiao Ye Bai moves for an enlargement of time until April 2, 2025, to file his counseled Amended Petition.[1] This is Bai's second request for an extension of this deadline, and Bai represents that the respondents do not oppose the request. Bai explains that his AEDPA deadline is April 2, 2025, and he needs additional time to investigate his claims. Although a 118-day extension is unusually long, I find that good cause exists to grant the extension given these circumstances, so IT IS ORDERED that the motion for extension of time **[ECF No. 12] is GRANTED. Bai has up to and including April 2, 2025, to file his Amended Petition.**

Dated: December 16, 2024

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　U.S. District Judge Jennifer A. Dorsey

---

[1] ECF No. 12.