UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Xiao Ye Bai,<br><br>　　　　Petitioner<br><br>v.<br><br>Jeremy Bean, et al.,<br><br>　　　　Respondent | Case No.: 2:24-cv-01113-JAD-NJK<br><br>**Order Granting Motion for First Extension of Time**<br><br>[ECF No. 16] |

　　　Respondents move for a 60-day extension of time to file their response to Petitioner Xiao Ye Bai's Amended Petition.[1]  This is Respondents' first request for an extension of this deadline, and Respondents represent that Bai does not oppose the request.  I find that good cause exists to grant the extension, so IT IS ORDERED that the motion for extension of time **[ECF No. 16] is GRANTED.  Respondents have up to and including August 1, 2025, to file their response.**

　　　Dated: June 4, 2025

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　U.S. District Judge Jennifer A. Dorsey

---

[1] ECF No. 16.