# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

Xiao Ye Bai,

      Petitioner

v.

Jeremy Bean, et al.,

      Respondent

Case No.: 2:24-cv-01113-JAD-NJK

**Order Granting Unopposed Motion for First Extension of Time**

[ECF No. 23]

Petitioner Xiao Ye Bai moves for a 62-day extension of time to file his reply to his amended petition.[1]  This is Bai's first request for an extension of this deadline, and Bai represents that the respondents do not oppose the request.  I find that good cause exists to grant the extension, so IT IS ORDERED that the motion for extension of time **[ECF No. 23] is GRANTED.  Bai has up to and including November 3, 2025, to file his reply.**

Dated: September 8, 2025

_____
U.S. District Judge Jennifer A. Dorsey

---

[1] ECF No. 23.